1

2

3

4

5

6

7

8

9

10

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco

11

12

13

14

15

16

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

Plaintiff,

v.

LUIS QUINTANILLA, et al.,

Defendants.

_____/

No. C 12-02581 LB

**ORDER REFERRING CASE FOR
RELATED CASE DETERMINATION**

17    On May 17, 2012, Defendants Luis Quintanilla and Odilia Quintanilla removed the instant action

18  from Contra Costa County Superior Court.  Notice of Removal, ECF No. 1.  It appears that

19  Defendants removed the action to federal court once before and that it was assigned to Judge

20  Armstrong.  *See Deutsche Bank National Trust Company v. Quintanilla, et al.*, No. C11-01044 SBA.

21  Thus, pursuant to Civil Local Rule 3-12(c), the instant action is HEREBY REFERRED to Judge

22  Armstrong for consideration of whether the above-referenced actions are related.

23    **IT IS SO ORDERED.**

24  Dated: May 25, 2012

_____

LAUREL BEELER
United States Magistrate Judge

25

26

27

28

C 12-02581
ORDER

UNITED STATES DISTRICT COURT
For the Northern District of California